# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF JAMES C. RENNICK SR.,**<br><br>v.<br><br>**UNIVERSAL CREDIT SERVICES, LLC** | **CIVIL ACTION**<br><br>NO. 18-3881 |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 14th day of January, 2019, upon consideration of Defendant's Motion to Dismiss (ECF 2) Counts II, III, V, and VI, Plaintiff's Response thereto (ECF 6), and for the reasons set out in the foregoing memorandum, it is hereby **ORDERED** that:

1. Plaintiff's intentional infliction of emotional distress claim (Count II) is **DISMISSED** with prejudice;

2. Plaintiff's intrusion upon seclusion claim (Count III) is **DISMISSED** with prejudice;

3. Plaintiff's negligent infliction of emotional distress claim (Count V) is **DISMISSED** with prejudice; and

4. Defendant's Motion is **DENIED** as to Plaintiff's defamation claim (Count VI).

5. Counts I, IV, VII, and VIII will proceed.

                                                  **BY THE COURT:**

                                                  **/s/ Michael M. Baylson**
                                                  **Michael M. Baylson, U.S.D.J.**