# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ESTATE OF JAMES C. RENNICK, SR., v. UNIVERSAL CREDIT SERVICES, LLC | CIVIL ACTION NO. 18-3881 |
|---|---|

## ORDER RE: MOTION TO STRIKE

**AND NOW**, this 22nd day of August, 2019, upon consideration of Defendant's Motion to Strike the First Amended Complaint (ECF 20) and Plaintiff's Response thereto (ECF 25), and for the reasons set out in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff must file a Motion seeking leave of Court or a Stipulation by counsel within ten (10) days.

BY THE COURT:

**/s/ Michall M. Baylson**
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-3881 Rennick v. Universal Credit Services LLC\18cv3882 Order re Motion to Strike.docx